**FILED**
**Jan 24, 2020**
**10:44 AM(ET)**
**TENNESSEE COURT OF**
**WORKERS' COMPENSATION**
**CLAIMS**



# TENNESSEE BUREAU OF WORKERS' COMPENSATION
# IN THE COURT OF WORKERS' COMPENSATION CLAIMS
# AT CHATTANOOGA

| | |
|---|---|
| Syvonia Armstrong,<br>　　　　Employee,<br>v.<br>Chattanooga Billiard Club, Inc.,<br>　　　　Employer,<br>and<br>Eastern Alliance Ins. Co.,<br>　　　　Carrier. | Docket No.: 2018-01-0006<br><br>State File No.: 927-2018<br><br>Judge Thomas Wyatt |

## COMPENSATION HEARING ORDER GRANTING  SUMMARY JUDGMENT

This claim came before the Court on January 23, 2020, upon remand from the Workers' Compensation Appeals Board.  The Appeals Board remanded the claim for entry of "an order granting Employer's motion for summary judgment with respect to the Employee's alleged dental injuries."  The Appeals Board affirmed the Court's entry of summary judgment dismissing Ms. Armstrong's claim for benefits based on alleged non-dental injuries.

In compliance with the Appeals Board's decision, the Court grants Chattanooga Billiard Club's motion for summary judgment under Tennessee Rule of Civil Procedure 56 as to Ms. Armstrong's dental injury, and it dismisses the claim with prejudice as to refiling.  The Court taxes the $150 filing fee to Chattanooga Billiard Club pursuant to Tennessee Compilation Rules and Regulations 0800-02-21.06 (2019).  Chattanooga Billiard Club shall pay the fee to the Clerk of the Court of Workers' Compensation Claims within five business days of the issuance of this order.  Further, counsel for Chattanooga Billiard Club shall submit a completed SD-2 form within ten (10) business days of the entry of this order.

Absent appeal, this order will become final thirty (30) days after issuance of this order.

1

**IT IS ORDERED.**

**ENTERED January 24, 2020.**

_[signature]_

**Judge Thomas Wyatt**
**Court of Workers' Compensation Claims**

## CERTIFICATE OF SERVICE

I certify that a copy of the Order was sent as indicated on January 24, 2020.

| Name | Certified Mail | First Class Mail | Email | Service sent to: |
|------|---------------|------------------|-------|------------------|
| Syvonia Armstrong, Self-Represented Employee | | X | X | Syvoniamercedes72@gmail.com |
| Pete Frech Employer's Attorney | | | X | ppfrech@mijs.com |

_[signature]_ w/permission

Penny Shrum, Court Clerk
**WC.CourtClerk@tn.gov**

2